**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Hill,<br><br>    Plaintiff,<br><br>v.<br><br>United States Postal Service, John E. Porter, Post Mater General, USA,<br><br>    Defendant. | No. CV-07-0204-PHX-SMM<br><br>**ORDER** |

    Pending before the Court is the Motion for Miscellaneous Relief (Doc. 25) filed by Defendant, John E Potter, Postmaster General, United States Postal Service, pursuant to L.R. Civ. 7.2, wherein he requests that the Court waive the requirement set forth at Paragraph 2 of the Order Setting Rule 16 Preliminary Pretrial Conference (Doc. 18), that "each party, or a representative of each party (who is not counsel of record) with binding settlement authority if the party is an entity, shall be present at the preliminary pretrial conference."

    Because of the unique restrictions and regulations that apply to the Department of Justice and its ability to settle cases involving agencies of the United States, Defendant requests that the aforementioned provision be waived for purposes of the Rule 16 scheduling conference. *See* United States Attorneys Manual § 4-5.230, 28 C.F.R. § 0.172 *et al.*; 28 C.F.R. Pt. O, App. to Subpt. Y, Civil Division Directive No. 176-922, Section 1(e)(3) (outlining settlement structures within the Justice Department).

///

1  Accordingly,

2  **IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Miscellaneous
3  Relief (Doc. 25).

4  DATED this 7th day of January, 2008.

Stephen M. McNamee
United States District Judge