**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Hill, ) | No. CV-07-0204-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| United States Postal Service, John E. ) Porter, Post Mater General, USA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Currently pending before the court is Plaintiff's Unopposed Motion to Extend Deadline to File Response to Defendants' Motion for Partial Judgment on the Pleadings (Doc. 39). For good cause shown,

    **IT IS HEREBY ORDERED GRANTING** Plaintiff's request for an extension of the deadline to file his response to Defendant's Motion for Partial Judgment on the Pleadings. Plaintiff shall file his response no later than March 28, 2008.

    DATED this 10th day of March, 2008.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge