**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Hill, | No. CV-07-0204-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| John E. Potter, Post Mater General, United States Postal Service, | |
| Defendant. | |

Having received the parties' Stipulation of Dismissal (Doc. 60), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice (Doc. 60). This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 2nd day of October, 2008.

Stephen M. McNamee
United States District Judge